NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHAWN M. ARNOLD,**

*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2023-2210

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-220, Chief Judge Margaret C. Bartley.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                          ARNOLD v. MCDONOUGH

(2)  Each side shall bear their own costs.

FOR THE COURT

December 14, 2023
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 14, 2023